JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAN CLEEF & ARPELS, S.A., et al.<br><br>Plaintiffs,<br><br>v.<br><br>EDWIN NOVEL, et al.<br><br>Defendants. | Case No. CV 20-10313-AB (MAAx)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: June 14, 2021

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.